IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-26680 |
| JUAN M. VAZQUEZ | § | (Chapter _7_) |

### FINAL ORDER LIFTING AUTOMATIC STAY

THIS MATTER Coming to be heard on the Motion of Movant, Martoccio & Martoccio to lift the Automatic Stay Regarding Divorce Proceedings, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The Automatic Stay is lifted to the extent that the divorce proceedings in Cook County Case No. 10 D 2084 (Juan M. Vazquez v. Katrina Vazquez) may proceed and to allow the state court to issue judgments and orders concerning (i) child custody, (ii) support, (iii) the division of exempt property; and (iv) attorneys fees

Enter: *[signature]*

Dated: 28 AUG 2012

**Prepared by:**
Lucy Vazquez, MARTOCCIO & MARTOCCIO
15 N. Lincoln St.
Hinsdale, IL 60521
630-920-8855
Atty No. 6205866